(January 3, 1918.)

MARKUS LIES, ROSA LIES, SUSAN LORENTZ and JACOB LORENTZ, Respondents, v. WILLIAM MUL-HALL, Appellant.

[169 Pac. 1166.]

APPEAL from the District Court of the Second Judicial District, for Idaho County. Hon. Edgar C. Steele, Judge.

Action to recover a portion of the purchase price paid in consideration of the transfer of a tract of land. Judgment for plaintiffs *affirmed.*

W. N. Scales and Clay McNamee, for Appellant.

M. Reese Hattabaugh and A. S. Hardy, for Respondents.

Counsel cite same authorities as in *Lies v. Mulhall, ante,* p. 205.

BUDGE, C. J.—This case is similar in all essential particulars to the case of *William Lies v. William Mulhall, ante,* p. 205, 169 Pac. 1165. The amounts involved are different, but the principles governing the respective rights of the parties are identical. Upon the authority of that case the judgment herein is affirmed. Costs awarded to respondents.

Morgan and Rice, JJ., concur.